**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| Cynthia M. Farrie,<br><br>    Plaintiff,<br><br>v.<br><br>Unifi Aviation, LLC,<br><br>    Defendant. | Civil Action No. _____<br><br><br><br>**NOTICE OF REMOVAL** |

COMES NOW Defendant Unifi Aviation, LLC ("Defendant"), by and through its undersigned counsel, and hereby files this Notice of Removal in the above-captioned action pursuant to 28 U.S.C. §§ 1441 and 1446.  In support of removal, Defendant respectfully asserts the following:

**INTRODUCTION**

1.      On April 15, 2024, Plaintiff filed her Summons and Complaint for Employment Discrimination in the Court of Common Pleas for the State of South Carolina, Horry County, bearing Civil Action No. 2024-CP-26-02573 (the "State Court Action").  A copy of the Summons and Complaint are attached as **Exhibit A**.  Defendant has received no other process, pleadings, or orders.

2.      Defendant received a copy of the Summons and Complaint by regular mail on October 3, 2024.  This Notice of Removal is submitted within thirty (30) days of receipt of the Summons and Complaint.  Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

3.      The United States District Court for the District of South Carolina, Florence Division, is the federal judicial district embracing the Horry County Court of Common Pleas,

where this action was originally filed and where the events alleged in the Complaint are said to have occurred. Thus, venue is proper in this Court under 28 U.S.C. § 1441(a).

4. Pursuant to 28 U.S.C. § 1446(d), Defendant is concurrently filing a Notice of Filing Notice of Removal with the Clerk of Court for the Horry County Court of Common Pleas and serving Plaintiff with a copy of this Notice of Removal and a copy of the Notice of Filing Notice of Removal. *See* **Exhibit B**.

## FEDERAL QUESTION JURISDICTION

5. Plaintiff's Complaint alleges discrimination in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e, *et seq*. (*See* Compl., Section II). Plaintiff alleges no state law claims. (*See generally* Compl.)

6. Plaintiff's claims pursuant to Title VII arise solely under the laws of the United States and could have originally been brought before this Court pursuant to 28 U.S.C. § 1441(a).

7. Therefore, this Court has federal question jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331, and the State Court Action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

## LOCAL CIVIL RULE REQUIREMENTS

8. Defendant has complied with the requirements of Rules 83.IV.01 and 83.IV.02 of the Local Civil Rules of the United States District Court for the District of South Carolina.

9. Defendant has also complied with Local Civil Rule 26.01 by filing Answers to Local Civil Rule 26.01 Interrogatories simultaneously with this Notice of Removal.

WHEREFORE, Defendant prays that the above action now pending in the Court of Common Pleas for the State of South Carolina, Horry County, be removed to this Court.

Respectfully submitted,

Dated: November 4, 2024.

/s/ Katie E. Towery
Katie E. Towery, Bar No. 12861
ktowery@littler.com
LITTLER MENDELSON, P.C.
110 E. Court Street, Suite 201
Greenville, SC 29601
Telephone: 864.775.3190

*Attorneys for Defendant Unifi Aviation, LLC*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 4, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served the foregoing via FedEx mail and electronic mail upon the following party of record:

Cynthia M. Farrie
124 Dowenbury Dr.
Myrtle Beach, SC 29588
CindyMFarrie@gmail.com

*/s/ Katie E. Towery*
Katie E. Towery